## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### DOCKET NO: 15 cr. 10116

### UNITED STATES

v.

### ROMMER VALDEZ

### MOTION BY DEFENDANT VALDEZ TO CONTINUE HIS RULE 11 HEARING
[Assented]

The defendant, Rommer Valdez, moves this Honorable Court, with the assent of the government (Scott Garland, AUSA) to continue the Rule 11 hearing for a brief period. A short continuance is necessary to resolve certain outstanding issues relating to the plea. The defense attorney has separately emailed the clerk with the dates of availability of counsel.

WHEREFORE: The defendant moves this Court to grant this motion and continue the Rule 11 hearing for a short period.

Respectfully Submitted,


| /s/ Lenore Glaser, Esq. | July 7, 2015 |

Lenore Glaser, Esq.  BBO # 194 220
45 Bromfield St., Suite 500
Boston, MA. 02108
   617 753-9988
lglaser@glaser-law.com


### CERTIFICATE OF SERVICE

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on: July.**

**/s/ Lenore Glaser**

Case 1:15-cr-10116-WGY   Document 7   Filed 07/07/15   Page 2 of 2