UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 15 cr. 10116

UNITED STATES

v.

ROMMER VALDEZ

MOTION BY DEFENDANT VALDEZ TO CHANGE THE DATE OF HIS SENTENCING.

The defendant, Rommer Valdez, moves this Honorable Court to change the date of his sentencing until a date, convenient to the Court in October. The undersigned attorney for the defendant had to change a scheduled interview for the pre-sentence report. The probation officer and this attorney have agreed on a date in the week of September 8,2015. The Probation Office is entitled to six weeks before the report is due for disclosure.  An email has been sent to the assistant United States attorney, who, on information and belief, is on vacation through the month of August. .

WHEREFORE: The defendant moves this Court to grant this motion and continue the Rule 11 hearing for a short period.

Respectfully Submitted,


         /s/ Lenore Glaser, Esq.                                                                 August 25, 2015
Lenore Glaser, Esq.  BBO # 194 220
45 Bromfield St., Suite 500
Boston, MA. 02108
     617 753-9988
lglaser@glaser-law.com

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on:** August 25, 2015

**/s/ Lenore Glaser**