FILED
in Open Court
USDC, Mass.
Date_____
By_____
Deputy Clerk
Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| *v.* ) | Criminal No. 15-CR-10156-WGY |
| ) | |
| **ROMMER VALDEZ** ) | |

## WAIVER OF INDICTMENT

I, Rommer Valdez, the above-named defendant, who is accused of conspiring to produce unauthorized and false identification documents in violation of 18 U.S.C. § 1028(a)(1), all in violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on July 21, 2015, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

*Rommer Valdez*
Defendant

*[signature]*
Counsel for the Defendant

Before: *William G. Young*
Judicial Officer