**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DOCKET NO: 15 cr. 10116**

**UNITED STATES**

**v.**

**ROMMER VALDEZ**

**MOTION BY DEFENDANT VALDEZ TO RECONSIDER THE FORFEITURE ORDER.**

The defendant, Rommer Valdez, moves this Honorable Court for reconsideration of the forfeiture order dated today.  The particular issue is the amount of the forfeiture motion which is in dispute. The government filed a motion on November 3, 2015 which was granted by the Court today without input from the defendant.  The defendant asserts that the amount asserted by the government is substantially incorrect.  The government has indicated its willingness to discuss the issue in further detail, to see whether there is agreement between the parties. The parties have agreed to request a continuance of the sentencing hearing to try to resolve this dispute. Valdez requests that the Court grant the continuance motion, and hold in abeyance a decision on this motion until after the parties have attempted to mediate their differences.

If the Court declines to continue the hearing, the defendant asks that he be permitted to file a detailed memorandum in support of his reconsideration request within 48 hours of the denial of the Court.

WHEREFORE: The defendant asks this Court to allow the parties' motion to continue the sentencing date, and hold this motion in abeyance at this time.

Respectfully Submitted,


_____/s/ Lenore Glaser, Esq._                    November 5, 2015

Lenore Glaser, Esq.  BBO # 194 220
45 Bromfield St., Suite 500
Boston, MA. 02108
    617 753-9988
lglaser@glaser-law.com

**CERTIFICATE OF SERVICE**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on:November 5, 2015**

**/s/ Lenore Glaser**