## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### DOCKET NO: 15 cr. 10116

### UNITED STATES

### v.

### ROMMER VALDEZ

**MOTION BY DEFENDANT VALDEZ TO FILE HIS FINANCIAL STATEMENT WITH THE COURT.**

     Rommer Valdez, by his attorney moves this Honorable Court for permission to file his financial reports under seal, directly with the Court. Through an error of the undersigned counsel, and not the defendant, the financial forms with their supporting documents were not completed in a timely manner.  They were sent to the government and to the Probation office on October 28,2015. This date coincided with the final disclosure by the Probation office who indicated that I should file the financial information directly with the Court.

     The defendant requests that the documents which include his tax returns be filed under seal, as they contain personal information that should not be in the public view. Assuming that this Court grant the motion, the undersigned attorney will send the Clerk the documents, either electronically or by messenger.

     Respectfully Submitted,


     /s/ Lenore Glaser, Esq.                                         December 4, 2015
Lenore Glaser, Esq.  BBO # 194 220
45 Bromfield St., Suite 500
Boston, MA. 02108
   617 753-9988
lglaser@glaser-law.com

**CERTIFICATE OF SERVICE**

**I. Lenore Glaser, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on: December 4, 2015**

**/s/ Lenore Glaser**